**FILED**

APR 2 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andrew Gill, )
)
        Plaintiff, )
)
    v. )    Civil Action No.   **11 0767**
)
)
The D.C. Metropolitan Police *et al.*, )
)
)
       Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's *pro se* complaint and application to proceed *in forma pauperis.* The plaintiff sues "on behalf of Jane Doe 1, 2, and 3," who he alleges were sexually assaulted "outside of the D.C. Public Library known as Northwest One Library." Complaint at 1. In federal court, "parties may plead and conduct their own cases personally or by counsel." *See* 28 U.S.C. § 1654. Plaintiff is not a licensed attorney, and he cannot prosecute the claims of other individuals. Consequently, the case will be dismissed.[1]

United States District Judge

Date: April 20, 2011

---

[1] A separate Order accompanies this Memorandum Opinion.